BEFORE THE FIRST DIVISION, SEPTEMBER 1, 1948

**No. 52523.**—The Sunrise Co. *v.* United States, protest 136589–K (New York).

Opinion by OLIVER, C. J.  In accordance with stipulation of counsel that the merchandise consists of music boxes similar in all material respects to those the subject of *Thorens Co.* v. *United States* (15 Cust. Ct. 165, C. D. 965), the claim of the plaintiff was sustained.